UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Matthew R. Tessier, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:23-cv-00252-MSM-AEM |
| ) | |
| SelectTrucks of America, LLC ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on August 8, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered dismissing plaintiffs' complaint with prejudice.

It is so ordered.

August 8, 2025                    By the Court:

/s/ Hanorah Tyer-Witek
Clerk of Court